

# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2019

No. 04-19-00275-CV

**IN THE INTEREST OF E.J.C, JR., S.R.C., E.D.C., CHILDREN**,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00862
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant's brief was filed on August 5, 2019, making appellee's brief due August 26, 2019. The appellee has filed a motion for extension of time requesting a twenty-one day extension to file its brief. The motion is GRANTED. Appellee's brief must be filed no later than September 16, 2019. **Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored**.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of August, 2019.

Keith E. Hottle,
Clerk of Court